IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNYSLVANIA STATE CONFERENCE OF THE NAACP, et al, <br>     Plaintiffs, <br><br> v. <br><br> LEIGH CHAPMAN, <br> Acting Secretary of the Commonwealth, et al, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-CV-339 |

*************************************************************************

| | | |
|---|---|---|
| BETTY EAKIN, et al, <br>     Plaintiffs, <br><br><br> v. <br><br> ADAMS COUNTY BOARD OF ELECTIONS, et al, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-CV-340 |

## ORDER

AND NOW, this 8th day of November 2022;

IT IS HEREBY ORDERED that, in the interest of judicial economy, a joint telephonic conference will be held in the two above-captioned cases on Wednesday, November 9, 2022 at 9:30 a.m. The parties are directed to contact the Court at (888)363-4749 and use access code 7686665. The proposed Intervenors in 1:22-cv-339 will be permitted to join the conference.

IT IS FURTHER ORDERED that counsel for Plaintiffs in each case shall notify every

1

party whose appearance is not yet recorded on the docket of this Order.

_____
SUSAN PARADISE BAXTER
United States District Judge