# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTE EAKIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:22-cv-00340 |
| | ) | |
| v. | ) | |
| | ) | Judge Susan P. Baxter |
| ADAMS COUNTY BOARD OF | ) | |
| ELECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **INTERVENOR-DEFENDANTS' MOTION TO DISMISS**

Intervenor-Defendants support and seek to uphold free and fair elections on behalf of all Pennsylvanians.  Intervenor-Defendants therefore respectfully move the Court to uphold the General Assembly's duly enacted laws governing Pennsylvania's elections and to dismiss Plaintiffs' Complaint.  Intervenor-Defendants submit the accompanying Memorandum of Law demonstrating that Plaintiffs' two-count Complaint "fail[s] to state a claim upon which relief can be granted," Fed. R. Civ. P. 12(b)(6), because the General Assembly's duly enacted date requirement for absentee and mail-in ballots does not implicate, let alone violate, the federal materiality provision, 52 U.S.C. § 10101(a)(2)(B), and does not violate the U.S. Constitution.[1]

WHEREFORE, Intervenor-Defendants respectfully request that the Court GRANT this motion and DISMISS Plaintiffs' Complaint.

---

[1] Intervenor-Defendants are Individual Voters David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae DeLuca, Ross M. Farber, Lynn Marie Kalcevic, Vallerie Sicilano-Biancaniello, S. Michael Streib, Republican Committees the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania.

Dated:  November 9, 2022                     Respectfully submitted,

                                             /s/ Kathleen A. Gallagher
                                             Kathleen A. Gallagher
                                             PA I.D. #37950
                                             Russell D. Giancola
                                             PA. I.D. #200058
                                             GALLAGHER GIANCOLA LLC
                                             436 Seventh Avenue, 31st Floor
                                             Pittsburgh, PA 15219
                                             Phone: (412) 717-1900
                                             kag@glawfirm.com
                                             rdg@glawfirm.com

                                             John M. Gore *
                                             E. Stewart Crosland
                                             JONES DAY
                                             51 Louisiana Avenue, N.W.
                                             Washington, D.C. 20001
                                             Phone: (202) 879-3939
                                             jmgore@jonesday.com
                                             msowardsnewton@jonesday.com
                                             scrosland@jonesday.com

                                             Thomas W. King, III
                                             Thomas E. Breth
                                             DILLON, McCANDLESS, KING,
                                              COULTER & GRAHAM, LLP
                                             128 W. Cunningham St.
                                             Butler, PA  16001
                                             Phone: (724) 283.2200
                                             tking@dmkcg.com
                                             tbreth@dmkcg.com

                                             *Counsel for Intervenor-Defendants*

                                             *  Pro hac vice application forthcoming*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) | |
| | ) | Civil Action No.: 1:22-cv-00339 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Susan P. Baxter |
| | ) | |
| LEIGH M. CHAPMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of Intervenor-Defendants' Motion to Dismiss, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.  Plaintiffs' Complaint is hereby DISMISSED.

_____
Honorable Susan P. Baxter
United States District Judge