IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00340 |
| | ) |
| v. | ) |
| | ) Judge Susan P. Baxter |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. GORE
ON BEHALF OF INTERVENOR-DEFENDANTS**

John M. Gore hereby moves under LCvR 83.2 and LCvR 83.3 to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Intervenor-Defendants David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae DeLuca, Ross M. Farber, Lynn Marie Kalcevic, Vallerie Sicilano-Biancaniello, S. Michael Streib, the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of John M. Gore filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

-2-

                                                Respectfully submitted,

Dated:  November 9, 2022              /s/ John M. Gore
                                                John M. Gore (*pro hac vice motion pending*)
                                                JONES DAY
                                                51 Louisiana Avenue, N.W.
                                                Washington, D.C.  20001-2113
                                                202-879-3939
                                                202-626-1700 (fax)
                                                jmgore@jonesday.com

                                                *Counsel for Intervenor-Defendants*