IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00340 |
| v. | ) |
| | ) Judge Susan P. Baxter |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | ) |
| Defendants. | ) |

### **[PROPOSED] ORDER**

Now, this _____ day of November, 2022, upon consideration of the Motion to permit John M. Gore to be admitted and take part in this case as counsel *pro hac vice* to Intervenor-Defendants, and it appearing that Mr. Gore is a duly admitted member of the bar in good standing, IT IS HEREBY ORDERED that John M. Gore be admitted to the bar of this Court *pro hac vice* for the purpose of all matters concerning this case.

_____
Honorable Susan P. Baxter
United States District Judge