# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Bette Eakin, et al.

Plaintiff(s)

Civil Number: 1:22-cv-00340-SPB

vs.

Adams County Board of Elections, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Brian Duffy, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Civil Cover Sheet with Addendum; Complaint for Declaratory and Emergency Injunctive Relief; Motion to Correct Caption; and Text Order Granting the Motion to Correct Caption in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/14/2022 at 3:10 PM, I served Luzerne County Board of Elections at 114 North Franklin Street, Wilkes Barre, Pennsylvania 18701 with the Summons; Civil Cover Sheet with Addendum; Complaint for Declaratory and Emergency Injunctive Relief; Motion to Correct Caption; and Text Order Granting the Motion to Correct Caption by serving Beth McBride, Manager, authorized to accept service.

I declare under penalty of perjury that this information is true and correct.

Executed On 12/20/22

Brian Duffy

Commonwealth of Pennsylvania - Notary Seal
THOMAS J MILLER - Notary Public
Lackawanna County
My Commission Expires March 18, 2025
Commission Number 1248402

Client Ref Number: 1005.2224
Job #: 1611853

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050