IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY EAKIN, et al, <br> Plaintiffs, <br> <br> v. <br> <br> ADAMS COUNTY BOARD OF <br> ELECTIONS, et al, <br> Defendants. | ) <br> ) <br> ) ) Civil Action No. 1:22-CV-340 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **BRIEFING ORDER**

AND NOW, this 9th day of January 2023,

IT IS HEREBY ORDERED that counsel for all Defendants shall file their Notices of Appearance by January 13, 2023.

IT IS FURTHER ORDERED that responsive pleadings addressing the original complaint are due January 17, 2023. In the event that a motion to dismiss is filed, oppositions thereto shall be due February 3, 2023.

IT IS FURTHER ORDERED that Plaintiffs may file a motion to amend the complaint by January 31, 2023. Oppositions to any motion to amend must be filed by February 8, 2023.

IT IS FURTHER ORDERED that the parties are to file a motion for protective order, with a proposed protective order, by February 3, 2023.

IT IS FURTHER ORDERED that the parties file a brief by January 20, 2023, addressing whether this case should be expedited. The brief shall have a proposed scheduling order attached, which addresses the proposed length of the fact and expert discovery periods, whether an evidentiary hearing will be required, and a deadline for dispositive motions. Any party may make a responsive filing by January 31, 2023.

IT IS FURTHER ORDERED that this case is exempt from strict adherence to the requirements of the Federal Rules of Civil Procedure 16 and 26, as well as the Western District's Alternative Dispute Resolution requirements.

IT IS FURTHER ORDERED that the undersigned's customary certificate of conferral requirements will be suspended for motions to dismiss. The pendency of any motion to dismiss will not stay discovery.

IT IS FURTHER ORDERED that in the event of a discovery dispute, a **short** motion to compel should be filed on the docket consistent with the undersigned's Practices and Procedures available through the Court's website at www.pawd.uscourts.gov. Counsel shall follow the filing of the motion with a telephone call to Chambers to schedule a telephonic conference on the pending motion.

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge