IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| BETTE EAKIN, ET. AL.<br>           Plaintiffs,<br><br>     v.<br><br>ADAMS COUNTY BOARD OF<br>ELECTIONS, ET. AL.<br>           Defendants. | :<br>:<br>:   Case No. 1:22-CV-340-SPB<br>:<br>:<br>:<br>:<br>:<br>: |

**BRIEF OF DEFENDANT LANCASTER COUNTY BOARD OF ELECTIONS IN OPPOSITION TO EXPEDITED DISCOVERY**

Under the Court's order dated January 9, 2023 (ECF No. 174), the Lancaster County Board of Elections ("LCBOE") adopts its brief in opposition to expedited discovery and proposed order submitted in the companion case, *NAACP et. al. v. Chapman et. al.* (ECF No. 197 in that case).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: January 20, 2023 | */s/ Walter S. Zimolong III*<br>Walter S. Zimolong III, Esq.<br>wally@zimolonglaw.com<br>James J. Fitzpatrick, Esq.<br>james@zimolonglaw.com<br>P.O. Box 552<br>Villanova, PA 19085<br>(215) 665-0842<br>*Attorneys for Defendant Lancaster County Board of Elections* |