IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY EAKIN, et al,<br>      Plaintiffs,<br><br>      v.<br><br>ADAMS COUNTY BOARD OF ELECTIONS, et al,<br>      Defendants. | Case No. 1:22-CV-340 |

**O R D E R**

AND NOW, this 10th day of February 2023;

In light of the filing of the amended complaint,

IT IS HEREBY ORDERED that the motion to dismiss [ECF No. 195] is dismissed as moot.

IT IS FURTHER ORDERED that all Defendants must either answer or move to dismiss the amended complaint by February 17, 2023.

                                                          /s/ Susan Paradise Baxter
                                                          SUSAN PARADISE BAXTER
                                                          United States District Judge