## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA
## ERIE DIVISION

| | |
|---|---|
| BETTE EAKIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-00340-SPB |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Bette Eakin, DSCC, DCCC, and AFT Pennsylvania respectfully move the Court for summary judgment in their favor. As explained in the accompanying memorandum in support, the undisputed material facts in this case establish that Plaintiffs have standing to assert their claims, that Defendants' enforcement of the Date Provision violates Section 101 of the Civil Rights Act of 1964, and that Defendants' enforcement of the Date Provision violates the First and Fourteenth Amendments to the U.S. Constitution. Because there are no genuinely disputed material facts and Plaintiffs are entitled to judgment as a matter of law, summary judgment is warranted.

Dated: April 21, 2023

Adam C. Bonin
**THE LAW OFFICE OF**
**ADAM C. BONIN**
121 South Broad Street, Suite 400
Philadelphia, PA 19107
Telephone: (267) 242-5014
Facsimile: (215) 827-5300
adam@boninlaw.com

Respectfully submitted,

<u>/s/ Uzoma N. Nkwonta</u>
Uzoma N. Nkwonta*
Justin Baxenberg*
Jacob D. Shelly*
Dan Cohen*
Daniela Lorenzo*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
unkwonta@elias.law
jbaxenberg@elias.law
jshelly@elias.law
dcohen@elias.law
dlorenzo@elias.law
oalerasool@elias.law

*\* Admitted Pro Hac Vice*

*Counsel for Plaintiffs*