IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY EAKIN, et al, )<br>    Plaintiffs, )<br>)<br>           v. )<br>)<br>)<br>)<br>ADAMS COUNTY BOARD OF ELECTIONS, )<br>    Defendants. ) | Civil Action No. 1:22-CV-340 |

O R D E R

AND NOW, this 5th day of May 2023;

IT IS HEREBY ORDERED that the Responsive Concise Statement by Lancaster County Board of Elections [ECF No. 307] is stricken. *See* ECF Nos. 227, 303. Lancaster County must refile its Responsive Concise Statement.

                                                                                 SUSAN PARADISE BAXTER
                                                                                 United States District Judge

1