IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00340 |
| | ) |
| v. | ) |
| | ) Judge Susan Paradise Baxter |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**APPENDIX TO INTERVENOR-DEFENDANTS' RESPONSE
TO STATEMENT OF MATERIAL FACTS IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

1. County Board of Elections' Answers to Interrogatories

2. Berks County Board of Elections' Answers to Interrogatories

3. Susquehanna County Board of Elections' Answers to Interrogatories

4. Bedford County, Carbon County, Centre County, Columbia County, Dauphin County, Huntingdon County, Indiana County, Jefferson County, Lawrence County, Lebanon County, Monroe County, Montour County, Northumberland County, Snyder County, Venango County, and York County Boards of Elections' ("BCCZ") Answers to Interrogatories

5. Philadelphia County Board of Elections' Answers to Interrogatories

6. Lancaster County Ballot Envelope

7. Lancaster County Ballot Envelope

8. Westmoreland County Board of Elections' Responses to Requests for Admissions

9. Greg McCloskey Deposition Excerpts

10. Daniel Hopkins Deposition Excerpts

11. Declaration of Daniel Hopkins

12. Berks County Board of Elections' Responses to Requests for Admissions

13. Affidavit of Probable Cause, Police Criminal Complaint, *Commonwealth v. Mihaliak*, No. CR-126-22 (June 3, 2022)

14. Pike County Board of Elections' Answers to Interrogatories

15. Transcript of Hearing in *Chapman v. Berks County Board of Elections*, No. 355 MD 2022 (Pa. Commw.)

16. Cody L. Kauffman Deposition Excerpts

17. Acting Secretary's Answer in *Ball v. Chapman*, No. 102 MM 2022 (Pa.)

18. County Boards of Elections' Responses to Requests for Admissions

Dated:  May 5, 2023

Respectfully submitted,

*/s/ Kathleen A. Gallagher*
Kathleen A. Gallagher
PA I.D. #37950
Russell D. Giancola
PA. I.D. #200058
GALLAGHER GIANCOLA LLC
436 Seventh Avenue, 31st Floor
Pittsburgh, PA 15219
Phone: (412) 717-1900
kag@glawfirm.com
rdg@glawfirm.com
John M. Gore (*pro hac vice*)
E. Stewart Crosland
Louis J. Capozzi III
Joshua S. Ha
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com

2

                Thomas W. King, III
                Thomas E. Breth
                DILLON, McCANDLESS, KING,
                 COULTER & GRAHAM, LLP
                128 W. Cunningham St.
                Butler, PA  16001
                Phone: (724) 283.2200
                tking@dmkcg.com
                tbreth@dmkcg.com

*Counsel for Intervenor-Defendants*