# Exhibit 10

Redacted and Filed
Provisionally Under Seal
Pursuant to Order, ECF 279

```
 1               IN THE UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

 3  BETTE EAKIN, et al.,

 4               Plaintiffs,

 5  vs.                              Civil Action No.:

 6  ADAMS COUNTY BOARD OF            1:22-cv-00340-SPB

 7  ELECTIONS, et al.,

 8               Defendants.

 9  _____/

10

11  The Above-Captioned Video-Recorded Zoom Deposition of

12               Daniel J. Hopkins, Ph.D.

13                9:05 a.m. - 12:16 p.m.

14               Friday, April 14, 2023

15

16

17

18

19

20

21

22

23  REPORTED BY:

24  STEVEN POULAKOS, RPR

25  JOB NO:  J929033
```

1

2

3

4

5

6

7

8              The above-caption video-recorded deposition

9    of DANIEL J. HOPKINS, PH.D. was held via Zoom

10   videoconference on Friday, April 14, 2023, commencing

11   at 9:05 a.m., before Steven Poulakos, Notary Public.

12

13

14

15

16

17

18

19

20   REPORTED BY:  Steven Poulakos, RPR

21

22

23

24

25