# Exhibit 16

```
                                                              Page 1
 1                       C. Kauffman

 2           IN THE UNITED STATES DISTRICT COURT

 3         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
   -----------------------------------------------------------x
 4 PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al.,

 5              Plaintiffs,          Case No.
                                     1:22-cv-00339-SPB
 6        vs.

 7 LEIGH M. CHAPMAN, In Her Official Capacity as Acting
   Secretary of the Commonwealth, et al.,
 8
                Defendants.
 9
         - and -
10
   EAKIN, et al.,
11
                Plaintiffs,          Case No.
12                                   1:22-cv-00340
         vs.
13
   ADAMS COUNTY BOARD OF ELECTIONS, et al.,
14
                Defendants.
15 -----------------------------------------------------------x

16           REMOTE VIDEOTAPED DEPOSITION OF

17                   CODY L. KAUFFMAN
        30(b)(6): Berks County Board of Elections
18               Jefferson Hills, Pennsylvania

19                  February 17, 2023

20

21

22

23 Reported by:

24 THOMAS A. FERNICOLA, RPR

25 JOB NO. 222619
```

```
 1                    C. Kauffman
 2       Q     So if the ballot doesn't include
 3  a date, then it's not compliant with
 4  Ball v. Chapman or the law, right?
 5       A     Correct.  Well, with
 6  Ball vs. Chapman, correct.
 7       Q     Then if the voter did provide a
 8  date within the range, then it's a
 9  compliant vote with Ball vs. Chapman,
10  right?
11       A     Correct, yes.  If it's a date
12  that falls within the ranges outlined in
13  Ball vs. Chapman, it's otherwise timely
14  received, then, yes.
15       Q     So that's the end of the analysis
16  when the Berks Board is reviewing the date
17  on the envelope, right, for that
18  handwritten date?
19       A     In determining if it's compliant
20  with legal requirements, yes, I think
21  that's fair.
22       Q     So other than determining whether
23  the ballot is compliant with legal
24  requirements, is there any other reason why
25  the Berks Board uses that handwritten date?
```

1                    C. Kauffman
2      A      Currently, I can't think of any.
3             In the past, like in 2020, there
4   would have been the three-day extension
5   that was issued.  But currently as it
6   stands, no, I can't think of any.
7      Q      Right.
8             And what you're referring to back
9   in 2020 is that if there wasn't a clear
10  postmark, you could check that date to see
11  if there was proof the ballot was mailed
12  after the polls were closed on Election
13  Day; is that right?
14     A      Right.  Yes, if there wasn't a
15  clear postmark, I believe ballots would be
16  presumed timely unless a preponderance
17  demonstrated that it wasn't.
18            And I think in that instance, the
19  date, you know, would be very relevant to
20  that preponderance analysis.
21            But you're correct, that's what
22  I'm referring to.
23     Q      That was for the November 2020
24  Election, right?
25     A      That's correct, yes.