IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00340 |
| | ) |
| v. | ) |
| | ) Judge Susan P. Baxter |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL STATEMENT RESPECTING
## MOTION FOR SUMMARY JUDGMENT

On November 21, 2023, the Court directed the parties to supplement their summary judgment filings in light of its grant of summary judgment in *PA NAACP v. Schmidt*, No. 1:22-cv-339. *See* ECF No. 348. On December 13, 2023, the Third Circuit stayed this Court's order in *PA NAACP v. Schmidt* pending appeal. *See* ECF No. 43, *PA State Conference of NAACP Branches v. Secretary Commonwealth of PA*, No. 23-3166 (3d Cir. Dec. 13, 2023). That appeal may control the outcome of this case. Accordingly, this Court should forbear ruling in this case until all appellate proceedings are completed and the stay is lifted in *PA NAACP v. Schmidt*. When the Court does resolve this case, it should grant Intervenor-Defendants' motion for summary judgment for the reasons already explained. *See* ECF No. 271.

Dated:  January 4, 2024                                  Respectfully submitted,

/s/ Kathleen A. Gallagher
Kathleen A. Gallagher
PA I.D. #37950
THE GALLAGHER FIRM, LLC
436 Seventh Ave., 31st Floor
Pittsburgh, PA 15219
(412) 308-5512
kag@gallagherlawllc.com

John M. Gore (*pro hac vice*)
E. Stewart Crosland
Louis J. Capozzi III
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com

Thomas W. King, III
Thomas E. Breth
DILLON, McCANDLESS, KING,
 COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA  16001
Phone: (724) 283.2200
tking@dmkcg.com
tbreth@dmkcg.com

*Counsel for Intervenor-Defendants*