### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY EAKIN, *et al.*, | Civil Action No.: 1:22-cv-00340 |
| Plaintiffs, | |
| v. | |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |

## MOTION TO WITHDRAW APPEARANCE

Effective March 29, 2024, the Blair County Board of Commissioners have decided to remove the undersigned counsel as the appointed County Solicitor pursuant to 16 P.S. Section 901, and as such, the undersigned counsel will be without legal authority to act as counsel on behalf of the County of Blair. To the extent necessary with respect to this case, the new County Solicitor will enter their appearance to represent the interests of Blair County.

WHEREFORE, the Blair County Board of Elections respectfully requests the Court withdraw the appearance of Nathan W. Karn, Sr.

Respectfully submitted,

COUNTY OF BLAIR

Date: March 27, 2024

*/s/ Nathan W. Karn*
Nathan W. Karn
PA I.D. No. 86068
CM/ECF: nkarn@eveyblack.com
COMMUNICATION: nkarn@blairco.org
401 Allegheny Street
PO Box 415
Hollidaysburg, PA  16648
814-695-7581

Counsel for Defendant,
Blair County Board of Elections

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/  Nathan W. Karn*