IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:22-cv-00340 |
| v. ) | |
| ) | |
| ADAMS COUNTY BOARD OF ) | Judge Susan Paradise Baxter |
| ELECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW APPEARANCE OF JANA PHILLIS GRIMM, ESQUIRE AND LAUREN L. MATHEWS, ESQUIRE AND ENTER THE APPEARANCE OF GARY L. SWEAT, ESQUIRE

Defendant, Washington County Board of Elections, hereby moves the Court to simultaneously withdraw the appearance of Jana Phillis Grimm, Esquire and Lauren L. Mathews, Esquire of Vorys, Sater, Seymour and Pease, LLP as counsel for the Washington County Board of Elections and enter the appearance of Gary L. Sweat of Sweat Law Offices who is the newly-appointed Washington County Solicitor and who will now be representing the Defendant, Washington County Board of Elections in the above-captioned matter.

WHEREFORE, we respectfully request the Court to withdraw the appearance of Jana Phillis Grimm, Esquire and Lauren L. Mathews, Esquire and simultaneously enter the appearance of Gary L. Sweat, Esquire on behalf of the Washington County Board of Elections.

Date:  March 28, 2024                                                  Respectfully Submitted,

|  | VORYS, SATER, SEYMOUR AND PEASE, LLP |  | SWEAT LAW OFFICES |
|---|---|---|---|
| By: | /s/ Jana Phillis Grimm | By: | /s/ Gary L. Sweat |
|  | Jana Phillis Grimm, Esquire |  | Gary L. Sweat, Esquire |
|  | Pa. I.D. No. 51227 |  | Pa. I.D. No. 26025 |
|  | Lauren L. Mathews, Esquire |  | Sweat Law Offices |
|  | Pa. I.D. No. 322469 |  | 375 Valleybrook Road |
|  | 500 Grant Street, Suite 4900 |  | Suite 112 |
|  | Pittsburgh, PA 15219 |  | McMurray, PA 15317 |
|  | E-mail: jpgrimm@vorys.com |  | E-mail: gsweat@sweatlaw.com |
|  | E-mail: llmathnews@vorys.com |  | Telephone: (724) 222-5150 |
|  | Telephone: (412) 904-7721 |  | Fax: (724) 222-5009 |
|  | Fax: (412) 904-7721 |  |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2024, a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF JANA PHILLIS GRIMM, ESQUIRE AND LAUREN L. MATHEWS, ESQUIRE AND ENTER THE APPEARANCE OF GARY L. SWEAT, ESQUIRE** was served by CM/ECF upon all counsel of record.

/s/ Jana Phillis Grimm
Jana Phillis Grimm, Esquire
Pa. I.D. No. 51227