IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:22-cv-00340 |
| v. ) | |
| ) | |
| ADAMS COUNTY BOARD OF ) | Judge Susan Paradise Baxter |
| ELECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW APPEARANCE OF JANA PHILLIS GRIMM, ESQUIRE**

Defendant, Washington County Board of Elections, hereby moves the Court to withdraw the appearance of Jana Phillis Grimm, Esquire of Vorys, Sater, Seymour and Pease, LLP as counsel for the Washington County Board of Elections. Sarah Ann Scott and Gary L. Sweat (newly-appointed Washington County Solicitor) of the Sweat Law Offices have entered their appearance on behalf of the Defendant, Washington County Board of Elections in the above-captioned matter.

WHEREFORE, we respectfully request the Court to withdraw the appearance of Jana Phillis Grimm, Esquire on behalf of the Washington County Board of Elections.

Date: April 11, 2024

                                                VORYS, SATER, SEYMOUR AND
                                                PEASE, LLP

                                  By:    /s/ Jana Phillis Grimm
                                               Jana Phillis Grimm, Esquire
                                               Pa. I.D. No. 51227
                                               500 Grant Street, Suite 4900
                                               Pittsburgh, PA 15219
                                               E-mail: jpgrimm@vorys.com
                                               Telephone: (412) 904-7706
                                               Fax: (412) 904-7706

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2024, a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF JANA PHILLIS GRIMM, ESQUIRE** was served by CM/ECF upon all counsel of record.

/s/ Jana Phillis Grimm
Jana Phillis Grimm, Esquire
Pa. I.D. No. 51227