IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:22-cv-00340 |
| v. ) | |
| ) | |
| ADAMS COUNTY BOARD OF ) | Judge Susan Paradise Baxter |
| ELECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE OF LAUREN L. MATHEWS, ESQUIRE

Defendant, Washington County Board of Elections, hereby moves the Court to withdraw the appearance of Lauren L. Mathews, Esquire of Vorys, Sater, Seymour and Pease, LLP as counsel for the Washington County Board of Elections. Sarah Ann Scott and Gary L. Sweat (newly-appointed Washington County Solicitor) of the Sweat Law Offices have entered their appearance on behalf of the Defendant, Washington County Board of Elections in the above-captioned matter.

WHEREFORE, we respectfully request the Court to withdraw the appearance of Lauren L. Mathews, Esquire on behalf of the Washington County Board of Elections.

Date:  April 11, 2024

                                                             VORYS, SATER, SEYMOUR
                                                             AND   PEASE, LLP

                                       By:     /s/ Lauren L. Mathews
                                                           Lauren L. Mathews, Esquire
                                                           Pa. I.D. No.  322469
                                                           500 Grant Street, Suite 4900
                                                           Pittsburgh, PA 15219
                                                           E-mail: llmathnews@vorys.com
                                                           Telephone: (412) 904-7721
                                                           Fax: (412) 904-7721

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2024, a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF LAUREN L. MATHEWS, ESQUIRE** was served by CM/ECF upon all counsel of record.

/s/ Lauren L. Mathews
Lauren L. Mathews, Esquire
Pa. I.D. No.  322469