IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00340 |
| | ) |
| v. | ) |
| | ) Judge Susan P. Baxter |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Intervenor-Defendants the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania support and seek to uphold free and fair elections on behalf of all Pennsylvanians. Intervenor-Defendants therefore respectfully move the Court to uphold the General Assembly's duly enacted laws governing Pennsylvania's elections and to grant summary judgment against Plaintiffs on Count II. Intervenor-Defendants submit the accompanying Memorandum of Law demonstrating that demonstrating that Count II fails "as a matter of law." Fed. R. Civ. P. 56(a). The General Assembly's duly enacted date requirement for absentee and mail-in ballots does not violate the U.S. Constitution.

WHEREFORE, Intervenor-Defendants respectfully request that the Court GRANT this motion and GRANT summary judgment against Plaintiffs.

Dated:  June 5, 2024

Respectfully submitted,

/s/ Kathleen A. Gallagher
Kathleen A. Gallagher
PA I.D. #37950
THE GALLAGHER FIRM, LLC
436 Seventh Avenue, 31st Floor
Pittsburgh, PA 15219
Phone: (412) 308-5512
kag@gallagherlawllc.com

John M. Gore (*pro hac vice*)
E. Stewart Crosland
Louis J. Capozzi III
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

Thomas W. King, III
Thomas E. Breth
DILLON, McCANDLESS, KING,
 COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA  16001
Phone: (724) 283.2200
tking@dmkcg.com
tbreth@dmkcg.com

*Counsel for Intervenor-Defendants*