IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY EAKIN, et al, )<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>ADAMS COUNTY BOARD OF )<br>ELECTIONS, et al, )<br>    Defendants. ) | Civil Action No. 1:22-CV-340 |

# CERTIFICATION
# OF CONSTITUTIONAL CHALLENGE
# TO PENNSYLVANIA ATTORNEY GENERAL

Plaintiffs in this action challenge the constitutionality of Commonwealth's date requirement, as it appears in 25 P.S. § 3146.6(a) and 25 P.S. § 3150.16(a), under the First and Fourteenth Amendments to the U.S. Constitution.

Plaintiffs have not named the state or any state agency as a party to this lawsuit. Accordingly, pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1, the Attorney General of Pennsylvania is hereby noticed of this constitutional challenge.

AND NOW, this 18th day of June 2024,

IT IS HEREBY ORDERED that the Commonwealth of Pennsylvania is permitted to intervene for the presentation of evidence and for argument on the question of constitutionality.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

1