# TIN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, et al, | ) |
| | ) Civil Action No. 1:22-cv-00340-SPB |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ADAMS COUNTY BOARD OF ELECTIONS, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW, Jessica M. Barnes, Esquire, who hereby moves pursuant to LCvR 83.2(c) to withdraw as counsel for Defendants Bedford County Board of Elections, Carbon County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections, Jefferson County Board of Elections, Lawrence County Board of Elections, Lebanon County Board of Elections, Monroe County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Snyder County Board of Elections, and Venango County Board of Elections.

1. The undersigned is taking a new position and therefore leaving the law firm of Babst, Calland, Clements and Zomnir, P.C.

2. Elizabeth A. Dupuis, Sean R. Keegan, Anna Skipper Jewart and the law firm of Babst, Calland, Clements and Zomnir, P.C. remain as counsel for the aforementioned Defendants.

3. The undersigned's withdrawal will not cause substantial prejudice or delay to any party.

WHEREFORE, it is respectfully requested that the Court grant this Motion.

Dated:   October 18, 2024 	Respectfully submitted,

  /s/  *Jessica M. Barnes*
Jessica M. Barnes
PA ID No. 331600
jbarnes@babstcalland.com

Two Gateway Center, 6th Floor
603 Stanwix St.
Pittsburgh, PA  15222
(412) 394-5400

*Counsel for Bedford County Board of Elections, Carbon County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections, Jefferson County Board of Elections, Lawrence County Board of Elections, Lebanon County Board of Elections, Monroe County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Snyder County Board of Elections, and Venango County Board of Elections*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been electronically filed through the Court's ECF system which will send notification of same to all counsel of record.

/s/  *Jessica M. Barnes*