# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTE EAKIN, | ) | |
| DSCC, DCCC, and | ) | |
| AFT PENNSYLVANIA, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADAMS COUNTY BOARD OF ELECTIONS, | ) | C.A.No. 1:22-CV-340 |
| ALLEGHENY COUNTY BOARD OF | ) | |
| ELECTIONS, ARMSTRONG COUNTY | ) | |
| BOARD OF ELECTIONS, BEAVER COUNTY | ) | **Judge Susan Paradise Baxter** |
| BOARD OF ELECTIONS, BEDFORD | ) | |
| COUNTY BOARD OF ELECTIONS, BERKS | ) | |
| COUNTY BOARD OF ELECTIONS, | ) | |
| BRADFORD COUNTY BOARD OF | ) | |
| ELECTIONS, BLAIR COUNTY BOARD OF | ) | |
| ELECTIONS, BUCKS COUNTY BOARD OF | ) | |
| ELECTIONS, BUTLER COUNTY BOARD OF | ) | |
| ELECTIONS, CAMBRIA COUNTY BOARD | ) | |
| OF ELECTIONS, CAMERON COUNTY | ) | |
| BOARD OF ELECTIONS, CARBON COUNTY | ) | |
| BOARD OF ELECTIONS, CENTRE COUNTY | ) | |
| BOARD OF ELECTIONS, CHESTER | ) | |
| COUNTY BOARD OF ELECTIONS, | ) | |
| CLARION COUNTY BOARD OF | ) | |
| ELECTIONS, CLEARFIELD COUNTY | ) | |
| BOARD OF ELECTIONS, CLINTON COUNTY | ) | |
| BOARD OF ELECTIONS, COLUMBIA | ) | |
| COUNTY BOARD OF ELECTIONS, | ) | |
| CRAWFORD COUNTY BOARD OF | ) | |
| ELECTIONS, CUMBERLAND COUNTY | ) | |
| BOARD OF ELECTIONS, DAUPHIN COUNTY | ) | |
| BOARD OF ELECTIONS, DELAWARE | ) | |
| COUNTY BOARD OF ELECTIONS, ELK | ) | |
| COUNTY BOARD OF ELECTIONS, ERIE | ) | |
| COUNTY BOARD OF ELECTIONS, FAYETTE | ) | |
| COUNTY BOARD OF ELECTIONS, FOREST | ) | |
| COUNTY BOARD OF ELECTIONS, | ) | |
| FRANKLIN COUNTY BOARD OF | ) | |
| ELECTIONS, FULTON COUNTY BOARD OF | ) | |
| ELECTIONS, GREENE COUNTY BOARD | ) | |
| OF ELECTIONS, HUNTINGDON COUNTY | ) | |

| | |
|---|---|
| BOARD OF ELECTIONS, INDIANA COUNTY | ) |
| BOARD OF ELECTIONS, JEFFERSON | ) |
| COUNTY BOARD OF ELECTIONS, | ) |
| JUNIATA COUNTY BOARD OF ELECTIONS, | ) |
| LACKAWANNA COUNTY BOARD OF | ) |
| ELECTIONS, LANCASTER COUNTY | ) |
| BOARD OF ELECTIONS, LAWRENCE | ) |
| COUNTY BOARD OF ELECTIONS, | ) |
| LEBANON COUNTY BOARD OF | ) |
| ELECTIONS, LEHIGH COUNTY BOARD OF | ) |
| ELECTIONS, LUZERNE COUNTY BOARD | ) |
| OF ELECTIONS, LYCOMING COUNTY | ) |
| BOARD OF ELECTIONS, MCKEAN | ) |
| COUNTY BOARD OF ELECTIONS, MERCER | ) |
| COUNTY BOARD OF ELECTIONS, MIFFLIN | ) |
| COUNTY BOARD OF ELECTIONS, MONROE | ) |
| COUNTY BOARD OF ELECTIONS, | ) |
| MONTGOMERY COUNTY BOARD OF | ) |
| ELECTIONS, MONTOUR COUNTY BOARD | ) |
| OF ELECTIONS, NORTHAMPTON COUNTY | ) |
| BOARD OF ELECTIONS, | ) |
| NORTHUMBERLAND COUNTY BOARD OF | ) |
| ELECTIONS, PERRY COUNTY BOARD OF | ) |
| ELECTIONS, PHILADELPHIA COUNTY | ) |
| BOARD OF ELECTIONS, PIKE COUNTY | ) |
| BOARD OF ELECTIONS, POTTER COUNTY | ) |
| BOARD OF ELECTIONS, SCHUYLKILL | ) |
| COUNTY BOARD OF ELECTIONS, SNYDER | ) |
| COUNTY BOARD OF ELECTIONS, | ) |
| SOMERSET COUNTY BOARD OF | ) |
| ELECTIONS, SULLIVAN COUNTY BOARD | ) |
| OF ELECTIONS, SUSQUEHANNA COUNTY | ) |
| BOARD OF ELECTIONS, TIOGA COUNTY | ) |
| BOARD OF ELECTIONS, UNION COUNTY | ) |
| BOARD OF ELECTIONS, VENANGO | ) |
| COUNTY BOARD OF ELECTIONS, | ) |
| WARREN COUNTY BOARD OF ELECTIONS, | ) |
| WASHINGTON COUNTY BOARD OF | ) |
| ELECTIONS, WAYNE COUNTY BOARD OF | ) |
| ELECTIONS, WESTMORELAND COUNTY | ) |
| BOARD OF ELECTIONS, WYOMING | ) |
| COUNTY BOARD OF ELECTIONS, YORK | ) |
| COUNTY BOARD OF ELECTIONS, | ) |
|     Defendants. | ) |

**O R D E R**

AND NOW, this 1st day of April 2025;

Pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that in regard to Count I, judgment is granted in favor of all Defendants and Intervenor-Defendants and against all Plaintiffs. *See Pennsylvania State Conference of NAACP Branches v. Sec'y Commonwealth of Pennsylvania*, 97 F.4th 120 (3d Cir. 2024).

IT IS FURTHER ORDERED that in regard to Count II, judgment is granted in favor of Plaintiff Bette Eakin and against the Erie County Board of Elections. Eakin's constitutional claim against all other Defendants and Intervenor-Defendants has been dismissed for lack of standing.

IT IS FURTHER ORDERED that in regard to Count II, judgment is granted in favor of Plaintiffs DCCC, DSCC, and AFT Pennsylvania and against all Defendants and all Intervenor-Defendants.

*[signature]*
SUSAN PARADISE BAXTER
United States District Judge