# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00340 |
| v. | ) Judge Susan P. Baxter |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | ) |
| Defendants. | ) |

## **INTERVENOR-DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania appeal to the United States Court of Appeals for the Third Circuit from the Order and Judgment (ECF No. 440) entered in this case on April 1, 2025.

This appeal is taken under 28 U.S.C. § 1291.

| | |
|---|---|
| Dated:  April 2, 2025 | Respectfully submitted, |
| | /s/ Kathleen A. Gallagher |
| | Kathleen A. Gallagher |
| | PA I.D. #37950 |
| | THE GALLAGHER FIRM, LLC |
| | 436 Seventh Avenue, 30th Floor |
| | Pittsburgh, PA 15219 |
| | Phone: (412) 308-5512 |
| | kag@gallagherlawllc.com |

John M. Gore *
E. Stewart Crosland
Louis J. Capozzi III*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

Thomas W. King, III
Thomas E. Breth
DILLON, McCANDLESS, KING,
COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA 16001
Phone: (724) 283-2200
tking@dmkcg.com
tbreth@dmkcg.com

Counsel for Intervenor-Defendants

* Admitted pro hac vice