IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00340 |
| v. | ) Judge Susan P. Baxter |
| ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, | ) |
| Defendants. | ) |

### RESPONSE TO COMMONWEALTH OF PENNSYLVANIA'S MOTIONS TO INTERVENE AND FOR A STAY PENDING APPEAL

Intervenor-Defendants Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania consent to the Commonwealth of Pennsylvania's motion to intervene. *See* ECF No. 443.

Intervenor-Defendants do not oppose the Commonwealth's motion for a stay pending appeal. While Intervenor-Defendants have not to date sought a stay of this Court's March 31, 2025 order, *see id.* at 5 ¶ 12, they reserve the right to do so. Intervenor-Defendants moved the Third Circuit for expedited briefing and asked the Third Circuit to issue a decision in their appeal of this Court's order no later than August 16, 2025. *See* No. 25-1644 (3d Cir.), Doc. 35 at 5-8. Intervenor-Defendants reserved their right to seek a stay pending appeal in that motion. *See id.* at 6 n.2. The Third Circuit granted that motion and set an expedited briefing schedule on April 21, 2025. *See* No. 25-1644 (3d Cir.), Doc. 38.

Dated:  April 24, 2025

Respectfully submitted,

<u>/s/ Kathleen A. Gallagher</u>
Kathleen A. Gallagher
PA I.D. #37950
THE GALLAGHER FIRM, LLC
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
Phone: (412) 308-5512
kag@gallagherlawllc.com

John M. Gore *
E. Stewart Crosland
Louis J. Capozzi III*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

Thomas W. King, III
Thomas E. Breth
DILLON, McCANDLESS, KING,
COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA 16001
Phone: (724) 283.2200
tking@dmkcg.com
tbreth@dmkcg.com

*Counsel for Intervenor-Defendants*

* Admitted pro hac vice