### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTE EAKIN, et al.,<br><br>          *Plaintiffs*,<br><br>     *v.*<br><br>ADAMS COUNTY BOARD OF ELECTIONS, et al.,<br><br>          *Defendants*. | No. 1:22-cv-00340-SPB |

### MOTION TO WITHDRAW COUNSEL

Louis J. Capozzi III respectfully moves this Court to permit him to withdraw as counsel for Intervenor-Defendants Republican National Committee, Republican Party of Pennsylvania, and National Republican Congressional Committee. Mr. Capozzi seeks withdrawal because he is departing Jones Day. Intervenor-Defendants will continue to be represented by other counsel of record.

Dated: July 8, 2025                                         Respectfully submitted,

/s/ *Louis J. Capozzi III*
Kathleen A. Gallagher
PA I.D. #37950
Russell D. Giancola
PA. I.D. #200058
GALLAGHER GIANCOLA LLC
436 Seventh Avenue, 31st Floor
Pittsburgh, PA 15219
Phone: (412) 717-1900
kag@glawfirm.com
rdg@glawfirm.com

John M. Gore (*pro hac vice*)
E. Stewart Crosland
Louis J. Capozzi III (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

Thomas W. King, III
Thomas E. Breth
DILLON, McCANDLESS, KING,
 COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA  16001
Phone: (724) 283.2200
tking@dmkcg.com
tbreth@dmkcg.com

*Counsel for Intervenor-Defendants*