OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 26, 2025

Omeed Alerasool
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Brian H. Benjet
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Adam C. Bonin
121 S Broad Street
Suite 400
Philadelphia, PA 19107

Jacob B. Boyer
Office of Attorney General of Pennsylvania
Office of General Counsel
30 North Third Street
Suite 200
Harrisburg, PA 17101

Dara Burns
Bucks County Law Department
55 E Court Street
5th Floor
Doylestown, PA 18901

Daniel J. Cohen
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Benjamin Daus
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Ilana H. Eisenstein
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Ben C. Fabens-Lassen
DLA Piper
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067

Timothy J. Ford
Dilworth Paxson
1650 Market Street
Suite 1200
Philadelphia, PA 19102

John M. Gore
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Brett Graham
Office of Attorney General of Pennsylvania
1600 Arch Street
Suite 300
Philadelphia, PA 19103

Daniel D. Grieser
Bucks County Law Department
55 E Court Street
5th Floor
Doylestown, PA 18901

Melissa A. Guiddy
2 N Main Street
Suite 103
Greensburg, PA 15601

John Marlatt

Montgomery County Office of Solicitor
One Montgomery Plaza, Suite 800
P.O. Box 311
Norristown, PA 19404

Richard A. Medina
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Lisa G. Michel
Allegheny County Law Department
445 Fort Pitt Boulevard
3rd Floor
Pittsburgh, PA 15219

Molly R. Mudd
Adams County Office of Solicitor
117 Baltimore Street
Gettysburg, PA 17325

Daniel B. Mullen
Office of Attorney General of Pennsylvania
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Uzoma N. Nkwonta
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

J. Manly Parks
Duane Morris
30 S 17th Street
Philadelphia, PA 19103

Michael W. Pfautz
City of Philadelphia
Law Department
1515 Arch Street
Philadelphia, PA 19102

Ari J. Savitzky
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Jessica L. Vanderkam
Stuckert & Yates
2 N State Street
P.O. Box 70
Newtown, PA 18940

Zachary M. Wallen
Chalmers Adams Backer & Kaufman
301 S Hills Village Drive
Suite LL200-420
Pittsburgh, PA 15241

Nicole E. Wittstein
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

RE: Bette Eakin, et al v. Adams County Board of Elections, et al
Case Number: 25-1644
District Court Case Number: 1:22-cv-00340

ENTRY OF JUDGMENT

Today, **August 26, 2025,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ Tina
Case Manager
267-299-4930